# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 313 WAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
WENDELL JONES, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.